IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| David "Beau" Zebley, on behalf of himself and all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>Keller Williams Realty, Inc.,<br><br>Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§ Case No. 1:24-cv-00400-MN<br>§<br>§<br>§<br>§<br>§ |

**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**

Plaintiff David "Beau" Zebley ("Plaintiff") and Defendant Keller Williams Realty, Inc. ("KWRI") jointly provide this notice to inform the Court that the parties have settled this matter in principle. The parties are working on the formal settlement agreement and plan to file a voluntary motion to dismiss with prejudice or stipulation of dismissal with prejudice once the formal agreement is executed. As the parties work on the formal settlement agreement, KWRI requests that the Court stay the deadline for Defendant to reply to Plaintiff's Answering Brief in Opposition of the Motion to Transfer (ECF No. 25) and stay the deadline for the Scheduling Order (ECF No. 24).

The parties anticipate that the final settlement agreement should be completed no later than mid-October, and provide this notice to the Court in an effort to conserve judicial resources.

Dated: September 19, 2024

Daniel K. Astin (No. 4068)
Ryan M. Ernst (No. 4788)
**CIARDI CIARDI & ASTIN**
1204 N. King Street
Wilmington, Delaware 19801
Telephone (302) 384-9541
dastin@ciardilaw.com
rernst@ciardilaw.com

Albert A. Ciardi III (*Pro hac vice forthcoming*)
Walter W. Gouldsbury III (*Pro hac vice forthcoming*)
**CIARDI CIARDI & ASTIN**
1905 Spruce Street
Philadelphia, PA 19103
Telephone: (215) 557-3550
aciardi@ciardilaw.com
wgouldsbury@ciardilaw.com

Kenneth B. McClain (*admitted pro hac vice*)
Jonathan M. Soper (*admitted pro hac vice*)
Kevin D. Stanley (*admitted pro hac vice*)
**HUMPHREY, FARRINGTON & MCCLAIN, P.C.**
221 West Lexington Ave., Ste. 400
Independence, MO 64051
Telephone: (816) 836-5050
kbm@hfmlegal.com
jms@hfmlegal.com
kds@hfmlegal.com

**ATTORNEYS FOR PLAINTIFF**

Respectfully Submitted,

*/s/ Andrew H. Sauder*
Andrew H. Sauder (No. 5560)
Daniel S. Atlas (No. 6346)
**DAILEY LLP**
1201 N. Orange St., Suite 7300
Wilmington, DE 19801
Telephone: (302) 468-5007
asauder@daileyllp.com
datlas@daileyllp.com

M. Scott Barnard (*admitted pro hac vice*)
Brennan H. Meier (*admitted pro hac vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 969-2800
sbarnard@akingump.com
bhmeier@akingump.com

**ATTORNEYS FOR DEFENDANT KELLER WILLIAMS REALTY, INC.**